NVB 250E (Rev. 3/25)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

EPICA INTERNATIONAL, INC., A NEVADA
CORPORATION

BK−26−50580−hlb
CHAPTER 11


Alleged Debtor(s)

AMENDED SUMMONS TO DEBTOR
IN INVOLUNTARY CASE

_____

**To the above named alleged debtor(s):**

A petition under title 11, United States Code was filed against you on 6/4/26 in this bankruptcy court, requesting an order for relief under chapter 11 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of the summons. A copy of the petition is attached.

Address of the Clerk:

Clerk, U.S. Bankruptcy Court
C. Clifton Young Federal Building and U.S. Courthouse
300 Booth Street
Reno, NV 89509

At the same time, you must also serve a copy of the motion or answer upon the petitioner/petitioner's attorney.

Name and Address of Petitioner/Petitioner's Attorney:

NORMA GUARIGLIA, HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD, SUITE F
RENO, NV 89511

NVB 250E (Rev. 3/16)

A status conference will be held regarding the involuntary petition. Petitioning creditor(s) are required to appear at the status conference.

---

**Telephonic Hearing Information**

United States Bankruptcy Court
Courtroom of the Honorable HILARY L. BARNES

| | |
|---|---|
| Date: | 7/14/26 |
| Time: | 01:30 PM |
| Hearing Phone Number: | (833) 435–1820 |
| Hearing Meeting ID: | 160 532 0260 |
| Hearing Passcode: | 643758# |

---

If you make a motion, your time to serve an answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: 6/11/26



*Dan Owens*

Dan Owens
Clerk of Court

* Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005).

NVB 250E (Rev. 3/16)

# CERTIFICATE OF SERVICE

IN RE:                                                    BK−26−50580−hlb
                                                         CHAPTER 11
EPICA INTERNATIONAL, INC., A NEVADA
CORPORATION

                                                         SUMMONS TO DEBTOR
                                                         IN INVOLUNTARY CASE

                        Alleged Debtor(s)

_____

I,      _____
                        *[name]*
of ** _____

        _____

        _____

certify:

\*      That I am, and at all times during the service of process, was not less than 18 years of age;

\*      That on the _____ day of _____, 20___ I served a copy of the within summons, together with the petition filed in this case, on the debtor in this case by:

        *[describe here the mode of service]*
        _____

        _____

        _____

        to the said debtor at:
        _____

        _____

        _____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: _____        Signature:_____
                *[Date]*                                        *[Signature]*
**State mailing address*