NVB 10–2(b) (Rev. 9/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

EPICA INTERNATIONAL, INC., A NEVADA
CORPORATION

Debtor(s)

BK–26–50580–hlb
CHAPTER 11

NOTIFICATION OF VERIFIED
PETITION REQUIREMENT

**NOTICE IS GIVEN** that the following document was recently filed:

*9* – Amended Notice of Appearance of Paul M. Rosenblatt with Certificate of Service Filed by NextGen Imaging and Robotics, LLC (ROSENBLATT, PAUL)

In accordance with LR IA 11–2, "An attorney who is not a member of the bar of this court, who has been retained or appointed to appear in a particular case may do so only with the permission of the court." Application for such permission shall be by verified petition on the form furnished by the clerk and the required admission fee. An attorney whose verified petition is pending shall take no action in the case beyond filing the first pleading or motion. In bankruptcy cases, attorneys shall have fourteen (14) days after their first appearance to comply with the provisions. Failure to comply timely with this rule may result in the striking of any and all documents previously filed by such attorney, the imposition of other sanctions, or both.

LR IA 11–3 addresses the requirements for government attorneys.

The required forms for verified petition and designation of local counsel can be found at our web site www.nvb.uscourts.gov.

The filing of a Notice of Appearance in a case requires the filing of a Verified Petition and Designation of Local Counsel along with the required fee. Payments made in cash are not accepted. If you were only interested in receiving notice in a case, the Notice of Appearance is not the appropriate document to be filed with the court. A Notice to Withdraw the Notice of Appearance will need to be filed and then file a Request for Special Notice.

Dated: 6/15/26

Dan Owens
Clerk of Court