HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
NORMA GUARIGLIA, ESQ.
Nevada Bar No. 16244
850 E. Patriot Blvd, Suite F
Reno, Nevada 89511
Telephone:  (775) 786-7600
Email: steve@harrislawreno.com
Email: norma@harrislawreno.com

Attorneys for Mobile Pet Imaging, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No. BK-26-50580-gs<br>Chapter 11 (Involuntary) |
| EPICA INTERNATIONAL, INC.,<br>a Nevada corporation, | **JOINDER IN INVOLUNTARY PETITION** |
| Alleged Debtor. | Hearing Date:    June 26, 2026<br>Hearing Time:   10:00 a.m. |
| _____/ | |

Mobile Pet Imaging, LLC ("**Mobile Pet Imaging**"), an unsecured creditor of Epica International, Inc. (the "**Alleged Debtor**"), hereby joins in the Involuntary Petition filed against the Alleged Debtor on June 4, 2026, pursuant to 11 U.S.C. § 303(c).

**STATEMENT OF JOINDER**

1.      On June 4, 2026, Devdend LLC, Advanced Imaging, LLC, and Sanjeev Kaila, M.D. (collectively, the "**Petitioning Creditors**") filed an Involuntary Petition under Chapter 11 of the Bankruptcy Code against the Alleged Debtor.

2.      Mobile Pet Imaging is a holder of an unsecured claim against the Alleged Debtor that is not contingent as to liability or the subject of a bona fide dispute as to liability or amount.

3.      Mobile Pet Imaging's claim against the Alleged Debtor arises from the cost of a purchased product warranty that the Alleged Debtor has failed to honor or refund.

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE:  (775) 786-7600

1

4.      The amount of Mobile Pet Imaging's unsecured claim against the Alleged Debtor is $60,000.

5.      Mobile Pet Imaging's mailing address is 12968 SW 132 Ave., Miami, FL 33186.

6.      Mobile Pet Imaging is not an employee or insider of the Alleged Debtor, as those terms are defined in 11 U.S.C. § 101.

7.      Mobile Pet Imaging has not transferred or acquired its claim against the Alleged Debtor for the purpose of commencing an involuntary case.

8.      Mobile Pet Imaging joins in the Involuntary Petition with the same effect as if Mobile Pet Imaging were a petitioning creditor under 11 U.S.C. § 303(b) 11 USCS § 303.

9.      The case against the Alleged Debtor has not been dismissed, and relief has not been ordered as of the date of this Joinder.

### **CONCLUSION**

Mobile Pet Imaging respectfully requests that this Court accept this Joinder and treat Mobile Pet Imaging as a petitioning creditor in this involuntary case with the same effect as if Mobile Pet Imaging had been an original petitioning creditor under 11 U.S.C. § 303(b).

Respectfully submitted June 29, 2026.

HARRIS LAW PRACTICE LLC

*/s/ Norma Guariglia*
NORMA GUARIGLIA
Counsel for Mobile Pet Imaging, LLC

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE:  (775) 786-7600

## VERIFICATION

I, Pedro F. Armstrong, D.V.M., Manager of Mobile Pet Imaging, LLC, named in the foregoing JOINDER IN INVOLUNTARY PETITION, swear under penalty of perjury that the factual statements stated therein are true and correct to the best of my knowledge, information, and belief.

Dated June 29, 2026.

Mobile Pet Imaging, LLC

By: Pedro F. Armstrong, D.V.M.
Its: Manager

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

**CERTIFICATE OF SERVICE**

On June 29, 2026, the foregoing document was served via ECF automated system to all parties registered with ECF in this case on the date and time I filed the document with the Court's ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated June 29, 2026.

/s/ Norma Guariglia

_____

Norma Guariglia

HARRIS LAW PRACTICE, LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

4